IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COLONY NATIONAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 11 C 1121 |
| SLB TOYS USA, INC., et al., | ) ) | |
| Defendants. | ) | |

<u>MEMORANDUM ORDER</u>

At this morning's previously-scheduled status hearing, counsel for Byron Moldo ("Moldo"), as assignee for the benefit of creditors of SLB Toys USA, Inc. ("SLB"), submitted (1) a proposed Complaint in Intervention for Declaratory Relief coupled with (2) a memorandum of points and authorities in support of Moldo's ex parte application for leave to intervene or, in the alternative, for an order substituting him as the real party in interest in place of SLB. Because the docket does not reflect either of those documents, this memorandum order will confirm this Court's grant of the second of those alternatives. Accordingly Moldo, as the assignee for the benefit of creditors, is made a party defendant in substitution for SLB, and the proposed Complaint in Intervention will not be accepted for filing.

_____
Milton I. Shadur
Senior United States District Judge

Date: June 1, 2011