**Timothy D. Reuben [SBN 94312]**
*tdr@rrbattorneys.com*
**Stephen L. Raucher [SBN 162795]**
*sraucher@rrbattorneys.com*
**K. Cannon Brooks, Esq. [State Bar 254842]**
*kbrooks@rrbattorneys.com*
**REUBEN, RAUCHER & BLUM**
10940 Wilshire Blvd., 18th Floor
Los Angeles, California 90024
Telephone: (310) 777-1990
Facsimile: (310) 777-1989

Attorneys for Defendants
Manley Toys, Ltd., Toy Quest, Ltd.,
Aquawood, LLC and Izzy Holdings, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| COLONY NATIONAL INSURANCE COMPANY, a Delaware Corporation, <br><br> Plaintiff, <br> v. <br><br> SLB TOYS USA, INC., a New York corporation; MANLEY TOYS, LTD., a Hong Kong corporation; TOY QUEST, LTD., a Hong Kong corporation; AQUAWOOD, LLC, a California limited liability company; IZZY HOLDINGS, LLC a California limited liability company; and WALMART STORES, INC., an Arkansas corporation. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. CV11-4950-JFW (PJWx) <br> [Hon. John F. Walter] <br><br> STIPULATION RE: VOLUNTARY DISMISSAL <br><br> Discovery Cut-off: April 9, 2012 <br> Motion Cut-off: April 23, 2012 <br> Pretrial Conf.: May 25, 2012 <br> Trial Date: June 12, 2012 |

WHEREAS:

1.  Plaintiff Colony National Insurance Company ("Colony") filed its original Complaint in this matter on February 17, 2011, and a subsequent First Amended Complaint on February 25, 2011, naming as defendants SLB Toys USA,

Inc., Manley Toys, Ltd., Toy Quest, Ltd., Aquawood Holdings, LLC, and Izzy Holdings, LLC, among others.

    2.    On August 4, 2011, defendant Wal-Mart Stores, Inc. filed its Answer, Affirmative Defenses and Counterclaims against Colony.

    3.    On August 9, 2011, defendant Manley Toys, Ltd. filed its Answer and Counterclaim against Colony and counterdefendant Byron Z. Moldo, as Assignee for the Benefit of Creditors for SLB Toys USA, Inc.

    4.    On August 10, 2011, defendant SLB Toys USA, Inc. filed its Answer and Counterclaim against Colony.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties to this Stipulation, through their undersigned counsel of record, that:

    1.    Counts I and II of Colony's First Amended Complaint be dismissed without prejudice, and Counts III, IV, V and VI be dismissed with prejudice.

    2.    Manley's Counterclaim be dismissed with prejudice

    3.    SLB's Counterclaim be dismissed with prejudice.

    4.    Wal-Mart's Counterclaim be dismissed with prejudice.

    5.    Each party to this Stipulation shall bear his or its own fees and costs in this matter.

DATED: May 23, 2012        REUBEN RAUCHER & BLUM

/s/ Stephen L. Raucher
_____
Stephen L. Raucher
*Attorneys for Defendant/Counterclaimant*
MANLEY TOYS, LTD., TOY QUEST, LTD., AQUAWOOD, LLC AND IZZY HOLDINGS, LLC

2

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: May 23, 2012 | NELSON LEVINE de LUCA & HAMILTON, LLC |

DATED: May 23, 2012        NELSON LEVINE de LUCA & HAMILTON, LLC

/s/ William F. Stewart

_____
William F. Stewart
*Attorneys for Plaintiff/Counterdefendant*
COLONY NATIONAL INSURANCE COMPANY

DATED: May 23, 2012        LAW OFFICES OF RICHARD A. GROSSMAN

/s/ Richard L. Grossman

_____
Richard A. Grossman
*Attorneys for Defendant/Counterclaimant*
SLB TOYS USA, INC.

DATED: May 23, 2012        ERVIN COHEN & JESSUP

/s/ Howard I. Camhi

_____
Howard I. Camhi
*Attorneys for Counter-Defendant*
BYRON Z. MOLDO, AS ASSIGNEE FOR THE BENEFIT OF CREDITORS FOR SLB TOYS USA, INC.

DATED: May 23, 2012        MCDONNELL & ASSOCIATES, P.C.

/s/ Nancy E. Zangrilli

_____
Nancy E. Zangrilli
*Attorneys for Defendant/Counterclaimant*
WAL-MART STORES, INC.